UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-81831-CIV-MARRA

FRANCIS MARTINEZ,

    Plaintiff,

v.

RANCHO CHICO TEQUESTA, LLC,
d/b/a RANCHO CHICO

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice **(DE 6)**, filed on November 16, 2016.  The Court has carefully reviewed the Notice and the record herein and is otherwise fully advised in the premises.  Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**.  The Clerk of this Court shall **CLOSE** this Case.  Any pending motions are **DENIED AS MOOT**.

**DONE AND SIGNED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 17th day of November, 2016.

_____
KENNETH A. MARRA
United States District Judge